1054

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH O. VAN SLYKE, Appellant.— Motion to appeal as a poor person from order of Onondaga County Court denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH O. VAN SLYKE, Appellant.— Motion to appeal as a poor person from order of Supreme Court, Onondaga County denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MELVIN BERRY, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYLVESTER HOWARD, Appellant.— Motion to appeal on original papers and handprinted briefs denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHERWOOD H. MABEE, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on typewritten papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD EASTWOOD, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on original papers and handwritten briefs denied on the ground that the papers fail to show merit to the appeal.

■ KENNETH O. VAN SLYKE, Appellant, v. JAMES HASANIDAS et al., Respondents.— Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY SEAGER, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on original papers and handwritten briefs denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENN ARMSTRONG, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the.appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LE ROY C. BROOKS, Appellant.— Motion to appeal on handprinted papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GLENN M. BLISS, Appellant.— Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

■ In the Matter of JAY H. LANIEU.— Appeal dismissed unless printed records and briefs are filed and served on or before July 8, 1958. Memorandum: In view of statements made in the affidavit with regard to the financial condition of appellant and the cost of printing the record, see *Eagle Contrs. of Utica* v. *Black* (5 A D 2d 954).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD L. COLLINS, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID JACQUE, Appellant.— Motion to appeal on typewritten papers denied on the ground that the papers fail to show merit to the appeal.